UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Frankie Edward Adams,             Civil File No.: 11cv2862 (MJD/SER)

        Plaintiff,

v.                                                                      **ORDER**

Federal Bureau of Prisons,

        Defendant.

The above-captioned case comes before the undersigned on the Report and Recommendation of United States Magistrate Judge Steven E. Rau. No objections to the Report and Recommendation were filed within the requisite time period. Accordingly, **IT IS HEREBY ORDERED** that:

1. Petitioner's Amended Habeas Corpus Petition, (Docket No. 3), be **DENIED**; and

2. This action be **DISMISSED WITH PREJUDICE**.

Dated: February 14, 2012

                                               *s/Michael J. Davis*
                                               Michael J. Davis
                                               Chief Judge
                                               U.S. District Judge